# United States District Court
## Violation Notice

NP 25 3 22 186 (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M14 | 9726076 | Kepler | 1135 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 10/17/2025 15:15 | 36 CFR 4.4 (A) |

Place of Offense: Hwy 313 and OK a Beh Rd — Bighorn Canyon National Recarea

Offense Description: Factual Basis for Charge — HAZMAT ☐

Failure to report accident within 24 hours

### DEFENDANT INFORMATION

Last Name: Snell
First Name: William
M.I.: F

Street Address: ██████████

City: Fort Smith  State: Montana

Tag No: 22 AA 139
State: MT
Year: 06
Make/Model: Mercedes-Benz CLS
Color: BIU

### APPEARANCE IS REQUIRED

A. ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL

B. ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 200.00 Forfeiture Amount
+ $30 Processing Fee
$ 230 Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
James Battin Federal Courthouse
2601 2nd Ave N., Billings, MT 59101
406-247-7000

Date: 05/12/2026
Time: 900AM

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: To be Mailed

Original – CVB Copy

*9726076*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on October 16, 2025 while exercising my duties as a law enforcement officer in the M14 District of Montana

(See attached document)

The foregoing statement is based upon:

☒ my personal observation   ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/13/2025    Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident